**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000435**
**05-DEC-2024**
**08:07 AM**
**Dkt. 99 ODMR**

NO. CAAP-21-0000435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AURORA LOAN SERVICES LLC, Plaintiff-Appellee,
v.
MICHAEL JON SZYMANSKI, Defendant-Appellant,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS
NOMINEE FOR COUNTRYWIDE MORTGAGE VENTURES, LLC DBA WESTERN
PARADISE FINANCIAL; and WAILEA COMMUNITY ASSOCIATION,
Defendants-Appellees,
and
DOES 1-20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC101000507)

**ORDER**
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of "Defendant-Appellant Michael Jon
**Szymanski**'s **Motion for Reconsideration** of ICA's 11/18/2024
Summary Disposition Order" filed on November 29, 2024, the papers
in support, and the record, it appears that Szymanski presents no
point of law or fact we overlooked or misapprehended. See
Rule 40(b), Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 5, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge